

# NUMBER 13-20-00439-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TREMAIN SENTEL MITCHELL,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 329th District Court
### of Wharton County, Texas.

# ORDER OF ABATEMENT

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. On January 25, 2021, we received a letter from the district clerk indicating that the appellant no longer wishes to pursue this appeal. On March 30, 2021, we received the court reporter's request for extension of time in this matter which indicates "appeal abandoned."

This sequence of events requires us to effectuate our responsibility to avoid further

delay and to preserve the parties' rights. *See* Tex. R. App. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant can be located; (2) whether appellant has abandoned his appeal; and (3) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal.

Upon remand, the trial court shall also determine whether appellant is entitled to court-appointed counsel. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment counsel, it shall issue such findings.

The trial court shall cause its finding and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

Per Curiam

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
6th day of May, 2021.

2